UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELMER IRON, JR., #096725,

       Plaintiff,

v.                                            No. 03-72068

JOEL SHAVELL, M.D., et al.,        HON. JOHN CORBETT O'MEARA

       Defendants,
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's March 4, 2005 Report and Recommendation as well as any objections filed thereto,

**IT IS ORDERED** that the Reports and Recommendations are **ADOPTED** and entered as the findings and conclusions of this Court.

                              s/John Corbett O'Meara
                              John Corbett O'Meara
                              United States District Judge

Dated:  June 1, 2005

Copies: Elmer Irons, Jr., Ronald Chapman